October 13, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

ELBERT JOHNSON, Appellant

NO. 14-10-00757-CV                              V.

CITY OF BELLAIRE AND ROSA LARSON, Appellees
_____

     This cause, an appeal from the judgment in favor of appellees, CITY OF BELLAIRE AND ROSA LARSON, signed May 17, 2010, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

     We order appellees, CITY OF BELLAIRE AND ROSA LARSON, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.